

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | No. 08-14-00243-CR |
| | § | |
| EX PARTE:  MIGUEL SALAZAR | § | Appeal from the |
| | § | 409th District Court |
| | § | of El Paso County, Texas |
| | § | (TC# 20050D03190-409-2) |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the order denying habeas corpus relief.  We therefore reverse that part of the order denying habeas corpus relief on the actual innocence claim and remand for an evidentiary hearing on actual innocence, in accordance with this Court's opinion.  We affirm the trial court's denial of relief on ineffective assistance of counsel grounds.  This decision shall be certified below for observance.

IT IS SO ORDERED THIS 15TH DAY OF JUNE, 2016.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.